**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02511-RM-MEH

CHIPOTLE MEXICAN GRILL, INC.,

    Plaintiff,

v.

JACK IN THE BOX INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE (ECF NO. 35)**

---

    The matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (ECF No. 35). Upon consideration of the Motion, it is

    ORDERED the Motion is GRANTED. This action is dismissed with prejudice, each party to bear its own fees and costs.

    DATED this 7th day of August, 2013.

                                 BY THE COURT:

                                 RAYMOND P. MOORE
                                 United States District Judge